IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRUCE FOCHS,

        Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.

                                                  Case No. 14-cv-592-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the Commissioner of Social Security, and dismissing plaintiff Bruce Fochs' complaint.

| s/ V. Olmo, Deputy Clerk | 3/31/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |